JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD ALI GOMROKCHI,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JP MORGAN CHASE BANK N.A., a Delaware Corporation, THR CALIFORNIA, L.P., a Delaware Limited Partnership, DOES 1 through 50, inclusive,<br><br>　　　　　　　　Defendants. | Case No. EDCV13-566 R(SPx)<br><br>**ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND DISMISSING CASE WITH PREJUDICE**<br><br>Date:　　May 6, 2013<br>Time:　　10:00 a.m.<br>Place:　　Dept. 8 |

　　　　The unopposed Motion of Defendant JPMORGAN CHASE BANK, N.A. ("Chase") came regularly for hearing on May 6, 2013 at 10:00 a.m. in Department 8 of the above-entitled Court.

　　　　The Court, having considered the moving papers, and the oral arguments of counsel, HEREBY ORDERS THAT:

///

///

KYL_LB1602547.1

1. Chase's Motion to Dismiss the Plaintiff MOHAMMAD ALI GOMROKCHI'S Complaint is GRANTED.

2. The case is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: May 13, 2013

_____
Judge, United States District Court for the Central District of California

Submitted By:

/S/ TYSON W. KOVASH
_____
DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
TYSON W. KOVASH, CASB No. 279465
tyson.kovash@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:    (562) 436-2000
Facsimile:    (562) 436-7416

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.